UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN ALLEN CARY,
and STEARNS,

      Plaintiffs,

v.

HEIDI WASHINGTON,

      Defendant.
_____/

Case No. 23-cv-13197
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

                KINIKIA ESSIX
                CLERK OF COURT

      By:   s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 30, 2024
Detroit, Michigan

1